FILED

09/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0473

STATE OF MONTANA,

Plaintiff and Appellee,

v.

PHILIP BRYSON GRIMSHAW,

Defendant and Appellant.

## ORDER

Appellant Philip Bryson Grimshaw has moved to amend his motion to stay filed on September 19, 2023, upon noticing that filing's noncompliance with Mont. R. App. P. 16(3). Grimshaw moves for leave to immediately file a replacement motion to stay that will comply with Mont. R. App. P. 16(3) and that will replace the previous, noncompliant motion. The State does not oppose Appellant's motion to amend. Good cause appearing,

IT IS ORDERED that the motion to amend is GRANTED. Appellant is granted leave to file immediately an amended motion to stay that will replace the motion to stay previously filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2023